IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**WANDRA WILLIAMS a/k/a**                                            **PLAINTIFF**
**WANDA WILLIAMS**

v.                  **CASE NO. 2:17-CV-00069 BSM**

**MGM RESORTS MISSISSIPPI, INC. d/b/a**
**GOLD STRIKE CASINO &**
**GOLD STRIKE RESORT**                                            **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of March 2018.

_____
UNITED STATES DISTRICT JUDGE